# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

JAMES R. SPENCER
CHIEF JUDGE

July 18, 2011

Re: Aimee L. Winters v. Capital One Bank, case number:  4:11cv91

Dear Counsel:

You are hereby requested to make a written status report to this office within fifteen days from the date of this notice as to the status of defendant Capital One Bank.  This defendant was served with the complaint on 6/20/11.  If this was proper service per Rule 4 of the Federal Rules of Civil Procedure, this party is in default.  Please provide a status report as to this defendant, a request for entry of default, or a notice of voluntary dismissal as to this party in this case.

Thank you for your assistance in this matter.

FERNANDO GALINDO, CLERK

By:

M. J. Cowart, Deputy Clerk