IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| AIMEE L. WINTERS,<br><br>*Plaintiff*,<br><br>v.<br><br>CAPITAL ONE BANK,<br><br>*Defendant*. | Civil Action No. 4:11-cv-91 AWA/TEM |

## ORDER

Upon consideration of Defendant Capital One Bank (USA), N.A.'s, improperly identified in the Complaint as Capital One Bank, ("Capital One") Motion for Extension of Time to File Responsive Pleading to Complaint and Plaintiff's consent to the granting of that Motion, and for good cause shown, this Court **GRANTS** Capital One's Motion and **ORDERS** that Capital One shall file an answer or otherwise respond to Plaintiff's Complaint on or before September 14, 2011.

_____

United States District Judge

Newport News, Virginia

Dated: August \_\_\_, 2011